# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE NEVADA RESORT )
ASSOCIATION–INTERNATIONAL ALLIANCE )
OF THEATRICAL STAGE EMPLOYEES AND ) Case No. 2:13-cv-00047-JCM-NJK
MOVING PICTURE MACHINE OPERATORS )
OF THE UNITED STATES AND CANADA, ) ORDER GRANTING IN PART
LOCAL 720, PENSION TRUST, et al., ) STIPULATION TO EXTEND
) TIME TO RESPOND TO
Plaintiff, ) COMPLAINT (Docket No. 8)
)
vs. )
)
PARBALL CORPORATION, )
)
Defendants. )
_____ )

Pending before the Court is a stipulation to extend the time to respond to the complaint, Docket No. 8, which the Court hereby **GRANTS** in part. Having reviewed the materials submitted and for good cause shown, the Court hereby grants a 14-day extension to the deadline to respond to the complaint by March 6, 2013.

IT IS SO ORDERED.

DATED this 12th day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge