# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION–INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>PARBALL CORPORATION,<br><br>Defendants. | Case No. 2:13-cv-00047-JCM-NJK<br><br>ORDER GRANTING IN PART STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Docket No. 8) |

Pending before the Court is a stipulation to extend the time to respond to the complaint, Docket No. 8, which the Court hereby **GRANTS** in part. Having reviewed the materials submitted and for good cause shown, the Court hereby grants a 14-day extension to the deadline to respond to the complaint by March 6, 2013.

IT IS SO ORDERED.

DATED this  12th  day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge