# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST, et al.,

Plaintiffs,

vs.

PARBALL CORPORATION,

Defendant.

Case No. 2:13-cv-00047-JCM-NJK

ORDER DISCHARGING ORDER TO SHOW CAUSE

On March 1, 2013, the Court issued an order to show cause. Docket No. 12. The Court has now received a response. Docket No. 13. For good cause, the Court hereby DISCHARGES the order to show cause issued on March 1, 2013. Counsel shall ensure that notices of related cases are filed expeditiously in all five previously-identified cases.

IT IS SO ORDERED.

DATED: March 4, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge